UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-01115-SSS-ADSx | Date | November 13, 2024 |
| Title | *Jose Pena v. Experian Information Solutions, Inc., et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present   None Present

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL OF CLASS ALLEGATIONS**

This Court denied Plaintiff Maria Pena's Motion for Class Certification because she is an atypical class representative. The Court **ORDERS** Plaintiff to show cause as to why the class allegations should not be dismissed **by noon on Monday November 25, 2024**. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**