UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 8:22-cv-01115-SSS-ADSx | Date | January 17, 2025 |
|---|---|---|---|
| Title | *Jose Pena v. Experian Information Solutions, Inc,. et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL OF CLASS ALLEGATIONS**

On November 13, 2024, this Court denied Plaintiff Maria Pena's Motion for Class Certification because she is an atypical class representative. [Dkt. 154]. The Court ordered her to show cause as to why the class allegations should not be dismissed. [Dkt.155]. Plaintiff requested she have until December 16, 2024 to file a Motion to Intervene to add a different class member as class representative, and the Court granted her request. [Dkts. 159, 160]. Plaintiff timely filed a Motion to Intervene Juan Lopez Morales ("Morales") as lead plaintiff and class representative. [Dkt. 161]. However, on January 15, 2025, Proposed Plaintiff Morales filed a Notice of Withdrawal of Motion to Intervene. [Dkt. 163].

The Court provided Plaintiff with "adequate time to present a substitute class representative." [Dkt. 159, Plaintiff's Response, citing *Benedict v. Hewlett-Packard Co.*, 314 F.R.D. 457, 471 (N.D. Cal. 2016)]. Accordingly, the Court **ORDERS** Plaintiff to show cause as to why the class allegations should not be dismissed **by noon on Friday January 24, 2025**. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**