Erika Angelos Heath (SBN 304683)
FRANCIS MAILMAN SOUMILAS, P.C.
351 California Street, Suite 700
San Francisco, CA 94104
Tel: 628.246.1352
Fax: 215.940.8000
eheath@consumerlawfirm.com

Daniel Zemel (*Pro Hac Vice*)
ZEMEL LAW LLC
400 Sylvan Ave.
Suite 200
Englewood Cliffs, New Jersey 07632
Tel: (862) 227-3106
Fax: (973) 282-8603
dz@zemellawllc.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARIA PENA, Successor in Interest to JOSE PENA, individually, and on behalf of all other similarly situated consumers,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 8:22-cv-01115-SSS-ADS<br><br>Hon. Sunshine S. Sykes<br><br>**NOTICE OF SETTLEMENT** |

## **NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Maria Pena, successor in interest to Jose Pena ("Plaintiff") and Experian Information Solutions, Inc. ("Defendant"). Plaintiff

anticipates filing a notice of voluntary dismissal of this action against Defendant Experian Information Solutions, Inc., with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

There is also a pending Motion to Intervene with proposed intervener Ahmad Khalil. With the settlement of claims between Ms. Pena and Experian, Mr. Khalil will no longer seek to intervene in this action.

Dated this 1st day of April, 2025.

Respectfully Submitted,

/s/ Daniel Zemel
Daniel Zemel, Esq.
Zemel Law LLC
400 Sylvan Ave, Suite 200
Englewood Cliffs, NJ 07632
862-227-3106
dz@zemellawllc.com
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2025 a true and correct copy of the foregoing document was sent to all counsel of record via email.

s/ Daniel Zemel
Daniel Zemel, Esq.