JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARIA PENA, Successor in Interest to JOSE PENA, Individually, and on behalf of all other similarly situated consumers,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 8:22-cv-01115-SSS-ADSx<br><br>Hon. Sunshine S. Sykes<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

# ORDER

This matter is before the Court on the Parties' Stipulation of Dismissal With Prejudice as to Defendant Experian Information Solutions, Inc. ("Experian") from this action ("Stipulation"), as all matters in controversy between these Parties have been resolved. Having consider the Stipulation and for good cause shown, the Stipulation is hereby GRANTED. All claims and causes of action asserted by Plaintiff Maria Pena, successor in interest to Jose Pena, against Experian are DISMISSED WITH PREJUDICE. Experian is hereby TERMINATED as a party to this action.

**IT IS SO ORDERED.**

Date: June 18, 2025

By: _____
HON. SUNSHINE S. SYKES
United States District Judge